# UNITED STATES DISTRICT COURT

for the

Western District of Washington

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

YAHOO! INC. USER ACCOUNT:
michaelyang89@yahoo.com

)
)
)
)
)
)

Case No.  MJ18-418

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A1, which is attached hereto and incorporated herein by this reference.

located in the _____ Northern _____ District of _____ California _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B1, which is attached hereto and incorporated herein by this reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. §§ 1956(a)(1) (A)(i), (B)(i); and Title 21 U.S.C. §§ 841(a)(1) and 846 | Money Laundering; Conspiracy to Distribute and Distribution of a Controlled Substance |

The application is based on these facts:

See Affidavit of SA Eric K. Chin, which is attached hereto and incorporated herein by this reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's  signature*

Eric K. Chin, Special Agent, DEA
*Printed name and title*

Sworn to before me pursuant to Crim.Rule 4.1.

Date: _____ 09/06/2018 _____

*Judge's signature*

City and state:  Seattle, Washington

Hon. Brian A. Tsuchida, Chief U.S. Magistrate Judge
*Printed name and title*

1 **AFFIDAVIT**

2 STATE OF WASHINGTON          )

3                                                   )          ss

4 COUNTY OF KING               )

5        I, ERIC K. CHIN, a Special Agent with Drug Enforcement Administration,

6 Seattle, Washington, having been duly sworn, state as follows:

7 **INTRODUCTION AND AGENT BACKGROUND**

8        1.        I am a Special Agent (SA) with the United States Drug Enforcement

9 Administration (DEA), and have been employed since July, 2016.  I am currently

10 assigned to the DEA Seattle Field Division.  In this capacity, I investigate violations of

11 the Controlled Substances Act, Title 21, United States Code, Section 801, *et seq.*, and

12 related offenses.  I have received specialized training in the enforcement and

13 investigation of the Controlled Substance Act.  I have received over 720 hours of

14 classroom and field training including but not limited to, drug identification, interdiction,

15 detection, money laundering techniques and schemes, smuggling, and the investigation of

16 individuals and/or organizations involved in the illegal possession, possession for sale,

17 importation, smuggling, cultivation, manufacturing, and illicit trafficking of controlled

18 substances.  Since the time I was assigned to the DEA Seattle Field Division, I have

19 contributed to numerous narcotics investigations under the direct supervision of senior

20 Special Agents, including investigations involving the trafficking of heroin, cocaine,

21 marijuana, and methamphetamine.  I have also been involved in the execution of search

22 warrants, arrests, and have interviewed drug traffickers and informants regarding the

23 illicit trafficking of controlled substance.  Because of my training and experience, I am

24 familiar with common methods of investigating drug trafficking and manufacturing

25 organizations, and have become familiar with the methods of operation of drug

26 traffickers and manufacturers, including their methods of importing, exporting, storing,

27 concealing, and packaging drugs; their methods of transferring and distributing drugs,

28

AFFIDAVIT OF SA CHIN - 1
USAO# 2016R00454

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  their use of cellular telephones; their use of numerical codes, code words, and counter

2  surveillance; and other methods of avoiding detection of law enforcement.

3  ## PURPOSE OF THIS AFFIDAVIT

4  2.      This affidavit is made in support of an application for a search warrant

5  pursuant to Title 18, United States Code, Sections 2703(a), 2703(b)(1)(A), and

6  2703(c)(1)(A), to compel Yahoo! Inc., located at 701 First Ave., Sunnyvale, California

7  94089, and Google LLC, located at 1600 Amphitheatre Parkway, Mountain View,

8  California 94043 – providers of electronic communication and remote computing

9  services – to provide, for the period of January 1, 2017, to the present, subscriber

10  information, records, and the contents of wire and electronic communications pertaining

11  to the accounts:

12          a.      **michaelyang89@yahoo.com** (Yahoo! Inc.); and

13          b.      **ponymoversllc@gmail.com** (Google LLC);

14  (hereinafter referred to collectively as **SUBJECT ACCOUNTS**) more fully described in

15  Attachments A1 (yahoo.com) and A2 (gmail.com), attached hereto and incorporated

16  herein, as well as all other subscriber and log records associated with **SUBJECT**

17  **ACCOUNTS**, to seize the items listed in Attachments B1 (yahoo.com) and B2

18  (gmail.com), attached hereto and incorporated herein, for evidence, fruits, and

19  instrumentalities of violations of Title 18, United States Code, Sections 1956(a)(1)(A)(i)

20  and (B)(i), laundering of monetary instruments; and Title 21, United States Code,

21  Sections 841(a)(1) and 846, distribution and conspiracy to distribute controlled

22  substances.

23  3.      The facts set forth in this Affidavit are based on my own personal

24  knowledge; knowledge obtained from other individuals during my participation in this

25  investigation, including other law enforcement officers; review of documents and records

26  related to this investigation; communications with others who have personal knowledge

27  of the events and circumstances described herein; and information gained through my

28  training and experience.

AFFIDAVIT OF SA CHIN - 2
USAO# 2016R00454

4.      This affidavit is intended to show that there is probable cause to search the **SUBJECT ACCOUNTS** and does not purport to set forth each and every fact that I, or others, have learned, nor all of my knowledge of, or investigation into, this matter.  I have set forth only the facts that I believe are relevant to the determination of probable cause to believe that evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and (B)(i), laundering of monetary instruments; and Title 21, United States Code, Sections 841(a)(1) and 846, distribution and conspiracy to distribute controlled substances, will be found in the **SUBJECT ACCOUNTS**.

5.      This application is being presented by electronic means pursuant to Local Criminal Rule CrR 41(d)(3).

## STATEMENT OF PROBABLE CAUSE

**Identification of Marijuana Shipments from Washington State to New York**

6.      On May 2, 2016, HSI Border Enforcement Security Taskforce (BEST) Seattle agents received information from a Seattle area freight forwarder who reported that he had discovered marijuana in two pallets that he had been contracted to ship to Flushing, NY.

7.      On May 5, 2016, after conducting further investigation related to the crates – to include a positive alert from a drug-detecting canine – HSI BEST Seattle and DEA Seattle secured a warrant to search the two shipping crates.  *MJ16-206*, W.D. Wa. May 5, 2016.  When the search was executed, law enforcement recovered approximately 556.6 pounds of marijuana.

**QIFENG LI Drug Trafficking Organization Identified**

8.      On May 13, 2016, investigators from HSI and DEA, established surveillance at the Great Wall Shopping Mall, located at 18230 East Valley Hwy., Kent, WA.  This surveillance was conducted based on information received from a DEA

//

//

//

AFFIDAVIT OF SA CHIN - 3
USAO# 2016R00454

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Confidential Source[1] that members of a Seattle-based marijuana drug trafficking organization (DTO) were supposed to meet at that location.

9.      Two of the individuals that attended this meeting were identified as QIFENG LI and QIWEI LI.  The vehicle that they used to travel to this meeting was a 2015 Toyota Camry with Washington plates AWP6688 ("AWP6688").  Record checks revealed that AWP6688 was registered to QIFENG LI at 12065 70th Ave. S., Seattle, WA.

10.      Throughout the latter half of 2016 and beginning of 2017, agents identified several homes that were owned by QIFENG LI or QIWEI LI that were suspected of being used for largescale indoor marijuana production due to – among other reasons – abnormally high electricity usage.[2]

**Seizure of Marijuana Shipment bound for New York on May 1, 2017**

11.      On May 1, 2017, at approximately 10:00 a.m., HSI investigators established surveillance at 15735 143rd Ave. SE, Renton, WA – the residence of QIFENG LI, QIWEI LI (brother of QIFENG LI), and XIAMIN HUANG (spouse of QIFENG LI).  Observed parked at or near the property were AWP6688, *i.e.*, the Camry registered to QIFENG LI, a Mercedes-Benz Van (C01021H),[3] and a Toyota SUV (AOJ6868).

---

[1] The source's principal motivation for working with law enforcement was to avoid federal charges for drug trafficking and related offenses.  The source is no longer working with the government.  However, given his/her cooperation, the government did not charge the source with any criminal offense.  During the time the source cooperated with the government, he/she was not paid and was not motivated by potential immigration benefits.

[2] Due to the substantial amount of electricity that is necessary to power the lights, fans, *etc.*, associated with an indoor marijuana grow operation, based upon SA Chin's training and experience, and the training and experience of other law enforcement officers with whom he has spoken, a significant increase in electricity consumption over historical amounts is a key indicator that a residence has been modified and is being used for largescale indoor marijuana production.

[3] This vehicle was purchased by QIWEI LI on or about August 30, 2016.  Based upon records obtained from a Washington Department of Licensing (WA DOL) database and Mercedes-Benz

12.     At approximately 10:51 a.m., investigators observed C01021H, believed to be driven by QIWEI LI, drive to a multi-business parking lot located on the northeast corner of the intersection of Union Ave. NE and NE 4th St. in Renton, Washington.

13.     At approximately 11:05 a.m., a black Ford truck with Washington plates C96609J, driven by an Asian male later identified as Bin Zhu, parked next to C01021H. Law enforcement observed QIWEI LI and ZHU transfer two large brown boxes from the cargo area of C01021H to the truck bed of C96609J. Following the transfer of the cargo, C96609J departed the parking lot and drove across the street to the United States Postal Service ("USPS") office located at 4301 NE 4th St., Renton, WA.

14.     Law enforcement observed ZHU remove the boxes that he had just received from QIWEI LI and take them inside the USPS office. While waiting in line with Bin Zhu at the USPS office, HSI SA Andrew Turner observed a shipping label on the boxes that indicated that the shipment was destined for Brooklyn, NY. Bin Zhu was then observed tendering the parcels for shipment.

15.     Upon further inspection, law enforcement learned that the shipment consisted of two large boxes each measuring 20" x 20" x 20", with a combined weight of approximately 84 pounds and 2 ounces. The shipment was addressed to "B&H Sportwear, 540 President St., Brooklyn, NY 11215" and had the return address of "West Sport Club, 17608 112th Ave. SE, Renton, WA 98055."

16.     On May 11, 2016, HSI TFO Brett Willyerd, applied for, and obtained, a federal search warrant for this shipment. *MJ17-201*, W.D. Wa., May 11, 2017. Upon execution of the search, it was discovered that both boxes were identically packaged. Contained within each box was an inner box wrapped in cellophane and aluminum foil with rubber matting and dryer sheets layered between the two boxes. The cellophane and aluminum foil wrapped inner box contained several bundles of a green leafy material,

---

Financial Services, upon purchase, the vehicle was registered at a QIWEI LI-owned property suspected of being used for indoor marijuana production.

AFFIDAVIT OF SA CHIN - 5
USAO# 2016R00454

suspected to be marijuana.  Each bundle of suspected marijuana was in a clear plastic bag that was contained within two separate vacuum-sealed FoodSaver bags.  In total, the shipment contained 46 bundles of suspected marijuana with a combined weight of approximately 52 pounds.

**Identification of Suspected Marijuana Shipment from Seattle to New York on August 8, 2017.**

17.     On August 8, 2017, Seattle DEA and HSI investigators initiated surveillance on QIFENG LI at his residence located at 15735 143rd Ave. SE, Renton, WA.  At approximately 11:23 a.m., DEA SA Eric Chin witnessed QIFENG LI exit his residence and enter a white 2016 Mercedes-Benz van with Washington plates C01021H, *i.e.*, the vehicle associated with the previous seizure of suspected marijuana on May 1, 2017.  During the surveillance, investigators following QIFENG LI to the Renton Highlands Public Library located at 2801 NE 10th St., Renton, WA.

18.     QIFENG LI arrived at the Renton Highlands Public Library at approximately 12:27 p.m.  Several minutes after QIFENG LI arrived at the library, SA Chin went inside the library to locate QIFENG LI.  Once inside the library, SA Chin observed QIFENG LI sitting at a public computer creating a freight shipping label on the website for "YRC Freight."

19.     At approximately 12:45 p.m., QIFENG LI departed the library with several print-outs of the shipping label.  QIFENG LI returned to C01021H and drove directly to 680 Edmonds Ave. NE, Renton, WA.

20.     At approximately 1:59 p.m., QIFENG LI and an unidentified Asian male – later identified as Man Fung Lee – exited the residence and entered C01021H.  SA Daniel Murphy then witnessed C01021H depart the residence with QIFENG LI driving.

21.     At approximately 2:42 p.m., investigators observed C01021H arriving at YRC Freight located at 12855 48th Ave. S., Tukwila, WA.  At approximately 2:50 p.m., law enforcement observed QIFENG LI depart YRC freight in C01021H.

AFFIDAVIT OF SA CHIN - 6
USAO# 2016R00454

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

22.     After QIFENG LI departed, TFO Bruch, SA Turner, and SA Chin entered YRC Freight.  YRC Freight Security Investigator J.H. told investigators that three wooden crates had just been dropped off for shipment to "QR TRADING INC., Attn: JIANG LI" and that the recipient's address was 23 Cypress Ave, Brooklyn, NY 11237. The shipper's name was listed as "KC Fine Cabinetry" and the shipper's address was listed as "11801 NE 160th St., Tukwila, WA 98118."

23.     The YRC Freight Security Investigator then told investigators that the shipper identified the contents of the shipment as cabinets, with the three crates weighing 105, 110, and 108 pounds.

24.     Investigators determined that the business "KC Fine Cabinetry," is an actual business in Washington State.  However, investigators noted that the shipper listed the incorrect city and zip codes for KC Fine Cabinetry – listing Tukwila, rather than Bothell, and 98188, rather than 98011.

**Controlled Delivery of Marijuana on August 14, 2017**

25.     On August 14, 2017, members of DEA New York, HSI New York, and New York City Police Department (NYPD) conducted a controlled delivery of this shipment to Jiang Li at 23 Cypress Avenue, Brooklyn, NY 11237.  Upon delivery, Jiang Li showed his identification card and signed for the delivery.  Jiang Li was also accompanied by Sunchen Yang, Dunliang Yu, and Yu Bin Qu – who were attempting to park two vans next to the delivery truck.  At this time, members of the NYPD arrested all individuals and secured the area.

26.     Jiang Li provided NYPD consent to open the crates, which contained a green leafy substance.  Law enforcement officers on-scene indicated that the green leafy substance emitted the odor of marijuana.  The green leafy substance was seized by NYPD and logged into evidence.  The seized green leafy substance – later determined to be marijuana by NYPD – weighed approximately 112 pounds.

//

//

AFFIDAVIT OF SA CHIN - 7
USAO# 2016R00454

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Surveillance of QIFENG LI's Vehicle at 14468 57th Ave. S., Tukwila, WA, on August 28, 2017**

27. On August 28, 2017, SA Turner and SA Chin conducted surveillance of AWP6688. At approximately 11:40 a.m., SA Chin utilized the GPS location data provided by a court-authorized tracking device and observed AWP6688 at 14468 57th Ave. S., Tukwila, WA. Upon driving by this residence, SA Chin observed AWP6688 backed into the garage of the residence.

28. Based upon a check with the Washington State Department of Revenue on April 30, 2018, SA Chin knows that 14468 57th Ave. S., Tukwila, WA, is the address listed by PONY MOVERS LLC, with the Washington State Business Licensing Service. Based upon these same records, SA Chin knows that the sole governing member of PONY MOVERS LLC in Washington State is JUNQIANG WU.

**GPS Location Data Linking QIFENG LI and JUNQIANG WU (Governing Member of PONY MOVERS LLC)**

29. On April 30, 2018, SA Chin reviewed the court-approved historical vehicle tracker data for AWP6688. Through analysis of GPS coordinates, SA Chin concluded that on August 16, 18, and 19, 2017, AWP6688 was parked in the vicinity of 4229 S. Bozeman St., Seattle, WA – located at GPS coordinates 47.532059, -122.279308. Furthermore, per a records check with WA DOL, 4229 S. Bozeman St., Seattle, WA, is the home address of JUNQIANG WU, the governing member of PONY MOVERS LLC.

**E-mail Search Warrant Returns**

30. From January through April, 2018, Microsoft (*MJ17-363*, W.D. Wa. August 31, 2017; *MJ18-112*, W.D. Wa. March 15, 2018) and Google (*MJ18-113*, W.D. Wa. March 15, 2018), provided materials responsive to e-mail account search warrants.[4]

---

[4] The accounts that were searched were: kyleli77@hotmail.com (QIFENG LI's personal e-mail account); sammih789@hotmail.com (XIAMIN HUANG's personal e-mail account); junli2388@hotmail.com (account of an unidentified co-conspirator believed to reside in New York); kylesheating@gmail.com (QIFENG LI's business e-mail account); and straw e-mail

AFFIDAVIT OF SA CHIN - 8
USAO# 2016R00454

1   Hundreds of the e-mails returned pursuant to these warrants by Microsoft and Google

2   appear to relate to the manufacture and distribution of marijuana, and/or provide evidence

3   tying QIFENG LI, QIWEI LI, and XIAMIN HUANG to properties that were suspected

4   of being used for indoor marijuana production in the greater Seattle area.  The e-mail

5   search warrant returns also resulted in the identification of PONY MOVERS LLC, a

6   warehouse facility located at 215 Gates Rd., Unit F, Little Ferry, NJ – rented by PONY

7   MOVERS LLC, and **SUBJECT ACCOUNTS.**

8   **E-Mails Regarding Suspected Marijuana Shipments to New York**

9       31.     Among the items provided by Microsoft and Google were numerous e-

10  mails that contained shipping information or labels for shipments from the greater Seattle

11  area to New York via freight forwarders, FEDEX, or UPS.  The shipments ranged in

12  weight from 53 pounds to 450 pounds.  Based upon the dates indicated on the labels, or

13  in the substance of the e-mail, these shipments occurred from May 2016 through May

14  2017.

15      32.     The majority of these shipments had return addresses that purported to be in

16  the greater Seattle area.  However, as was the case with the shipments interdicted in May

17  2017 (QIWEI LI) and August 2017 (QIFENG LI) the return addresses for each of the

18  Seattle area shipments was spurious, as the company listed in the return address was not

19  associated with the listed address, and/or the listed return address was not a true and

20  deliverable address.

21  **E-Mails Regarding Inquiries into Commercial Real Estate for Rent in Washington**

22  **State**

23      33.     Pursuant to the warrant return, investigators also located eight e-mails –

24  sent from the user account sammih789@hotmail.com – regarding the potential rental of

25  commercial spaces in the greater Seattle area.  These e-mails show that the QIFENG LI

26

27  ───────────────

28  accounts believed to be associated with QIFENG LI - kyleli168@gmail.com;
    kyleli1668@gmail.com; and kyleli16888@gmail.com.

AFFIDAVIT OF SA CHIN - 9
USAO# 2016R00454

1    DTO attempted to rent commercial space in the Western District of Washington – similar

2    to that of the PONY MOVERS LLC warehouse located at 215 Gates Rd., Unit F, Little

3    Ferry, NJ – as long ago as April 2017, and as recently as February 2018.

4         34.    For example, in an e-mail dated January 29, 2018, "Sammi," known by

5    investigation to be XIAMIN HUANG – the spouse of QIFENG LI – indicates that

6    properties sent to her by a Turbak Commerical Real Estate agent did not meet "their"

7    requirements because the properties could not accommodate a truck that is fifty-eight feet

8    long.  In this e-mail, "Sammi" indicates that the property must have a minimum dock size

9    of fourteen feet high, and ten feet in width.

10   **E-Mails Regarding New Jersey Based Storage Units**

11        35.    The e-mail returns also show that not only was the QIFENG LI DTO

12   searching for storage or commercial space in the Western Washington, but also, was

13   seeking storage space on the East Coast as well.

14        36.    Specifically, on October 20, 2017, the user of account

15   sammih789@hotmail.com sent an e-mail to the user account kyleli77@hotmail.com

16   regarding the rental of a 10' x 10' Public Storage unit located at 50 Milltown Rd., East

17   Brunswick, NJ.  The reservation was in the name of "Sammi Wong" with a listed move-

18   in date of October 22, 2017.

19        37.    On April 18, 2018, SA Chin submitted a DEA administrative subpoena to

20   Public Storage for the reservation and payment details for this rental.  On May 3, 2018,

21   Public Storage indicated that a reservation was made by "Sammi Wong," but cancelled

22   prior to occupancy.  No cancellation reason was provided.

23        38.    Additionally, on December 5, 2017, the user account

24   kyleli77@hotmail.com sent an e-mail to the user account **michaelyang89@yahoo.com**[5]

25

26   _____

27   [5] As detailed at paragraphs 48 and 72, *infra*, MICHAEL YANG was the individual who signed
     the rental contract on behalf of PONY MOVERS LLC, at their NJ warehouse located at 215
28   Gates Rd., Unit F, Little Ferry, NJ.

1  regarding the rental of a storage unit in New Jersey.  This e-mail contained reservation

2  details of a Storage Rentals of America (SROA) unit located at 20 Mill St., Belleville,

3  NJ.  A move-in date was not specified in the e-mail.

4       39.    On April 18, 2018, SA Chin submitted a DEA administrative subpoena to

5  SROA requesting reservation and payment details regarding this rental.  On April 23,

6  2018, SROA indicated that a reservation was made by "MICHAEL YANG," but

7  cancelled prior to occupancy.  SROA notes indicated that YANG wanted to utilize a

8  forklift at the storage unit and store a forklift on site.  SROA advised that forklifts were

9  not allowed at the property.  As indicated in Attachment C, on December 22, 2017,

10  MICHAEL YANG and QIFENG LI exchanged e-mails wherein QIFENG LI directed

11  MICHAEL YANG to buy a used forklift.

12  **E-Mails Regarding U-Haul Reservations**

13       40.    On November 20, 2017, the user account kyleli77@hotmail.com received

14  an auto-generated e-mail from U-Haul regarding contract number 96874251.  The name

15  listed on the contract was "Man Lee," whom investigators believe to be Man Fung Lee,

16  identified during surveillance on August 8, 2017 – resulting in the interdiction of 112

17  pounds of marijuana.  The reservation was for a U-Haul cargo trailer to be rented in

18  Burien, WA, and dropped-off in Jersey City, NJ.  The e-mail address listed on the

19  reservation was QIFENG LI's personal e-mail, *i.e.*, kyleli77@hotmail.com.

20       41.    Furthermore, on January 3, 2018, the user account kyleli77@hotmail.com

21  received another auto-generated e-mail from U-Haul regarding contract number

22  99252428.  The name listed on this contract was "Man Li" – believed to be Man Fung

23  Lee.  The reservation was for a U-Haul trailer that was to be picked-up in Burien, WA,

24  with a drop-off in Ridgefield, NJ.  The address that was listed on the rental contract was

25  //

26  //

27  //

28  //

AFFIDAVIT OF SA CHIN - 11
USAO# 2016R00454

46 Liberty St., Little Ferry, NJ 07643.[6]  The e-mail listed on the reservation was kyleli77@hotmail.com and the phone number was 206-280-2090.[7]

42.   Significantly, the "towing vehicle" listed on the contract was a black "2017 Mercedes GLE350."  Based upon surveillance and record checks with WA DOL, SA Chin knows that QIFENG LI is the registered owner of a black 2017 Mercedes GLE 350.

43.   Finally, SA Chin located an e-mail that contained a U-Haul reservation dated January 3, 2018, in the name of "qifeng li."  This reservation was also for a U-Haul trailer from a U-Haul located in Renton, WA.  This rental appeared to be for only local use in the Seattle area, as it was due back the same day of the rental.  Again, the e-mail listed on the reservation was kyleli77@hotmail.com and the phone number was 206-280-2090.  The customer's listed address was 46 Liberty St., Little Ferry, NJ 07643, *i.e.*, the same address on the cross-country "Man Li" rental also made on January 3, 2018.

44.   Based upon SA Chin's training and experience, and the investigation to date, it is believed that the rental of U-Haul trailers in November 2017 and January 2018, were for the cross-country shipment of marijuana by the QIFENG LI DTO.  SA Chin believes that due to the seizures in May and August 2017, the QIFENG LI DTO changed their method of shipment of marijuana, moving from a system where they used UPS, FedEx, and freight forwarders, to a system controlled by them.  Given that the DTO began to ship marijuana in bulk at the end of 2017, SA Chin believes that the warehouse of PONY MOVERS LLC located at 215 Gates Rd., Unit F, Little Ferry, NJ, was rented in January 2018 so that – among other reasons – the QIFENG LI DTO could store these

---

[6] Based upon an open source internet search, SA Chin knows that this address is associated with A&D Towing and Recovery, located 0.9 miles from the warehouse of PONY MOVERS LLC located at 215 Gates Rd., Unit F, Little Ferry, NJ.  Neither Man Fung Lee nor QIFENG LI are known to have any affiliation with A&D Towing and Recovery.

[7] Based upon records obtained via administrative subpoena, SA Chin knows that the subscriber for this phone number is QIFENG LI.

AFFIDAVIT OF SA CHIN - 12
USAO# 2016R00454

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  bulk shipments of marijuana once they were transported from Washington State to the
2  East Coast.

3  **E-Mails linking PONY MOVERS LLC, SUBJECT ACCOUNTS, and the QIFENG**
4  **LI DTO**

5        45.     Finally, nineteen e-mails provided in the Microsoft search warrant return
6  for the user account kyleli77@hotmail.com, showed direct affiliation between members
7  of the QIFENG LI DTO, PONY MOVERS LLC, and **SUBJECT ACCOUNTS**.  All
8  nineteen of these e-mails are detailed in Attachment C to this warrant, attached hereto,
9  and incorporated herein.  Six of these e-mails are further described below.

10       46.     In an e-mail dated September 25, 2017, the user account
11 kyleli77@hotmail.com sent an image of a handwritten note to the user accounts
12 **michaelyang89@yahoo.com** and alexv@glostone.com.  The note listed the company
13 details for PONY MOVERS LLC, including Unified Business Identifier (UBI)
14 #604129861, "Agent Name: JUNQIANG WU," and "New Address: 14468 57th Ave. S.,
15 Tukwila, WA 98168."

16       47.     In an e-mail dated September 26, 2017, containing a Glostone Trucking
17 Solutions customer information sheet, JUNQIANG WU is listed as the contact for PONY
18 MOVERS LLC, with the company's physical address listed as 14468 57th Ave. S.,
19 Tukwila, WA.  WU's home address was listed as 4229 S. Bozeman St., Seattle, WA.

20       48.     In an e-mail dated December 12, 2017, William Gates of Gates Realty
21 Corp., sent MICHAEL YANG an unexecuted lease for the PONY MOVERS LLC
22 warehouse located at 215 Gates Rd., Unit F, Little Ferry, NJ.  The landlord was listed as
23 Gates Realty Corp., at 211-A Gates Road, Little Ferry, New Jersey 07643, with PONY
24 MOVERS LLC, at 14468 57th Avenue S, Tukwila, Washington 98168, as tenant.   The
25 contract indicates that the term of the contract is one-year, commencing on January 1,
26 2018, with a monthly rental payment of $2,470.  The personal guarantor listed on the
27 contract is MICHAEL YANG.

28

AFFIDAVIT OF SA CHIN - 13
USAO# 2016R00454

49.     In an e-mail dated December 1, 2017, the user account kyleli77@hotmail.com received notice from **ponymoversllc@gmail.com** that PONY MOVERS LLC paid $11.29 for insurance.

50.     In another e-mail dated December 1, 2017, the user account kyleli77@hotmail.com received a receipt from Joe Dodd Incorporated sent to **michaelyang89@yahoo.com** for six wood international shipping crates at the cost of $450.00.   This receipt was also sent to **ponymoversllc@gmail.com** by kyleli77@hotmail.com.

51.     Finally, in e-mails dated January 17, 2018, and February 20, 2018, the user account **michaelyang89@yahoo.com** sent the user account kyleli77@hotmail.com monthly statements for 215 Gates Rd., Unit F, Little Ferry, NJ, for February and March 2018.  The balance due for each of these statements was $3,250.  The body of each of these e-mails from **michaelyang89@yahoo.com** was blank.  The response to these e-mails from the user account kyleli77@hotmail.com was "Thx" (January 17, 2018) and "thx" (February 20, 2018).

**Occupancy of PONY MOVERS LLC, at 215 Gates Rd., Unit F, Little Ferry, NJ, confirmed on May 4, 2018.**

52.     On May 4, 2018, at approximately 2:05 p.m., SA Chin and SA Julian Hur initiated surveillance at 215 Gates Rd., Unit F, Little Ferry, NJ.  Upon arrival, investigators did not see any activity at 215 Gates Rd., Unit F, Little Ferry, NJ, nor did they observe any vehicles that were believed to be associated with the QIFENG LI DTO.  On the monument sign at the entrance of the commercial property where Unit F is located, investigators observed "215 Gates Rd. . . . F PONY MOVERS LLC."  Surveillance was terminated after approximately fifteen minutes.

**Search Warrants Executed on May 16, 2018, at QIFENG LI DTO Properties**

53.     On May 16 and 17, 2018, investigators from various law enforcement agencies including DEA and HSI executed federal search warrants at sixteen Washington residences related to the QIFENG LI DTO.  *MJ18-218 (1) – (16)*, W.D. Wa. May 11,

AFFIDAVIT OF SA CHIN - 14
USAO# 2016R00454

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2018.  The addresses of these residences and the results of the searches conducted – to include the seizure of more than 3,500 marijuana plants – are detailed below:

| Active Marijuana Grow | Affiant Notes |
|---|---|
| 8310 37th Ave. S., Seattle, WA | 434 marijuana plants seized |
| 3706 S. Willow St., Seattle, WA | 396 marijuana plants seized |
| 2621 NE 25th St., Renton, WA | 256 marijuana plants seized |
| 4623 E. F St., Tacoma, WA | 419 marijuana plants seized |
| 4414 S. Sheridan Ave., Tacoma, WA | 537 marijuana plants seized |
| 517 S. 52nd St., Tacoma, WA | 358 marijuana plants seized |
| 4229 S. Bozeman St., Seattle, WA | 59 marijuana plants seized. JUNQIANG WU present at the time of search execution. |
| 21021 121st Pl. SE, Kent, WA | 400 marijuana plants seized |
| 12811 35th Ave. S., Tukwila, WA | 724 marijuana plants seized |

| Inactive Marijuana Grow | Affiant Notes |
|---|---|
| 234 SW 137th St., Burien, WA | Inactive marijuana grow consisting of some or all of the following items:  large pumps, marijuana growing trays, rolling racks, drying racks, electrical ballasts, grow lights, fertilizers, air filters, and modified electrical wiring. |
| 6916 S. 124th St., Seattle, WA / 12065 70th Ave. S., Seattle, WA | |
| 4223 S. 261st St., Kent, WA | |
| 1017 S. 242nd St., Des Moines, WA | |
| 5151 S. Cushman Ave., Tacoma, WA | |

| Marijuana Drying Room | Affiant Notes |
|---|---|
| 15735 143rd Ave. SE, Renton, WA | Marijuana processing room built in the attached garage of the residence. Investigators located two vacuum sealers, vacuum seal bags, marijuana drying racks, a ventilation system that incorporated a large charcoal filter, and a small amount of a leafy substance that field-tested positive for marijuana. |

| Decommissioned Marijuana Grow | Affiant Notes |
|---|---|
| 10041 51st Ave. S., Seattle, WA | Interior of the residence showed signs of previously operating as a marijuana grow.  Investigators located large air filters, reflective |

| | mylar sheeting, foam insulation, and modified electrical panel/wires. |
|---|---|

**Search Warrant at PONY MOVERS LLC New Jersey Warehouse Facility**

54.     On May 16, 2018, agents from HSI Newark executed a federal search warrant at the PONY MOVERS LLC New Jersey Warehouse located at 215 Gates Rd., Unit F, Little Ferry, NJ. *MJ18-8036*, D.N.J. May 15, 2018.  At the time the search was executed, no one was present.  Investigators did not locate marijuana during their search.

55.     However, investigators did locate several empty shipping crates – many containing dryer sheets.  Based upon his training and experience, SA Chin knows that dryer sheets are used by drug traffickers to mask or obscure the smell emanating from shipments containing narcotics.  Furthermore, the labels on the exterior of the wooden crates listed the contents of the shipment as apple juice.  These same shipping labels indicated that the origin of the shipment was Washington State.

**Surveillance Footage of PONY MOVERS LLC New Jersey Warehouse Facility**

56.     During the week of July 3, 2018, HSI SA Jason Posniak was provided video surveillance footage from the occupant of 215 Gates Rd., Unit E, Little Ferry, NJ, *i.e.*, the unit adjacent to the PONY MOVERS LLC New Jersey warehouse.

57.     During the week of July 17, 2018, SA Chin analyzed the video footage provided to SA Posniak.  SA Chin noted that on May 3, 2018, May 11, 2018, and May 12, 2018, there were instances of unidentified Asian adult males frequenting Unit F before and after a white tractor-trailer bearing "PONY MOVERS" markings arrived at the PONY MOVERS LLC New Jersey warehouse facility.

58.     More specifically, on May 3, 2018, at approximately 7:34 a.m. (EDT), a blue Honda Odyssey driven by an unidentified Asian adult male parked directly in front of 215 Gates Rd., Unit E, Little Ferry, NJ.  At approximately 7:35 a.m., a black Toyota Sienna parked directly alongside the blue Honda Odyssey and an unidentified Asian adult male proceeded to open the door to Unit F.  At approximately 7:39 a.m., the driver of the

AFFIDAVIT OF SA CHIN - 16
USAO# 2016R00454

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  blue Honda Odyssey entered Unit F on foot.  Shortly after, the black Toyota Sienna drove
2  out of camera view.

3    59. At approximately 8:58 a.m., a white tractor-trailer bearing "Penske" and
4  "PONY MOVERS" markings arrived on site.  The driver of this tractor-trailer was an
5  unidentified Asian adult male.  At approximately 9:02 a.m., the tractor-trailer backed-up
6  to the entrance of Unit F.  The tractor-trailer remained backed-up to the entrance of the
7  PONY MOVERS LLC spaces until approximately 9:28 a.m.  Due to the angle of the
8  camera, it cannot be determined whether the tractor-trailer was being loaded or unloaded
9  during this time.

10    60. At approximately 9:43 a.m., the blue Honda Odyssey backed into Unit F's
11  garage out of view.  At approximately 10:39 a.m., the previously seen black Toyota
12  Sienna and blue Honda Odyssey drove out of the garage.  At approximately 10:43 a.m.,
13  both vehicles departed Unit F.

14    61. At approximately 1:27 p.m., the previously seen black and blue Honda
15  Odysseys arrived back at Unit F and drove into the garage out of public view.  At
16  approximately 3:02 p.m., the vehicles departed Unit F.

17    62. On May 11, 2018, at approximately 10:25 a.m., SA Chin observed what
18  appeared to be the same white "PONY MOVERS" tractor-trailer return to the parking lot
19  of 215 Gates Rd., Little Ferry, NJ.  Upon arrival, the tractor-trailer backed-up to the
20  garage of Unit F.  At approximately 10:30 a.m., a yellow fork lift can be seen moving
21  back and forth between Unit F and the truck, unloading unknown contents.  At
22  approximately 10:49 a.m., two unidentified Asian adults appear in view of the video, one
23  of whom is driving the tractor-trailer out of the parking lot.  At approximately 1:00 p.m.,
24  a black Toyota Sienna backed out of Unit F's garage followed by a blue Honda Odyssey.
25  The vehicles then departed the parking lot.

26    63. On May 12, 2018 at approximately 9:15 a.m., SA Chin observed a black
27  Toyota Sienna enter the garage of Unit F.  At approximately 9:25 a.m., the black Toyota
28  Sienna then drove out of Unit F's garage and departed the parking lot.

AFFIDAVIT OF SA CHIN - 17
USAO# 2016R00454

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

64.     Based upon his training and experience and the investigation to date, SA Chin believes that on the above dates the PONY MOVERS tractor-trailer was delivering marijuana grown in Washington State to the PONY MOVERS LLC warehouse facility in New Jersey.  SA Chin further believes that after this delivery, the vehicles observed at the PONY MOVERS LLC facility then loaded the marijuana into their respective vehicles inside the garage and out of public view.  It is suspected that these vehicles then departed the facility with loads of marijuana for further distribution throughout the greater New York City area.

**PONY MOVERS LLC U.S. Department of Transportation Inactive Freight Carrier License**

65.     On August 1, 2018, SA Chin contacted the El Paso Intelligence Center (EPIC) to determine vehicles associated with PONY MOVERS LLC, United States Department of Transportation (DOT) #3053197.

66.     On the same date, EPIC indicated PONY MOVERS LLC was an inactive freight courier and that they completed "Out of Business" paperwork on June 13, 2018. PONY MOVERS' registered address correlating with their DOT number was 14468 51st Ave S, Tukwila, WA 98168.  A mailing address was listed as P.O. Box 1650, Clackamas, OR.  Phone numbers were listed as 206-512-4730 and 206-915-7261.  Their Tax ID number was 822910017.  An e-mail address was listed as **ponymoversllc@gmail.com**. JUNQIANG WU was listed as the member filing paperwork on the behalf of PONY MOVERS LLC.

67.     EPIC also indicated that from March 2018 through May 2018 there were six vehicle inspections involving tractor-trailers affiliated with PONY MOVERS LLC. These inspections are further detailed below.

| Inspection Date | Vehicle Inspected | VIN | Vehicle Registration | Driver | Inspection Location |
|---|---|---|---|---|---|
| 3/9/18 | OR-YALT125 | 1XKWDB9X 06J113383 | Oversize Express Inc., 17662 SW Galewood Dr, Sherwood, OR | Rodney D. BAUMER | South Dakota |

| Date | | | | | |
|---|---|---|---|---|---|
| | | | | (DOB: XX/XX/1969) | |
| 3/9/18 | CA-4LP2473 | 1UYVS2538 CP241106 | Brothers Transportation Inc, 14934 Ramona Blvd, Baldwin Park, CA | Rodney D. BAUMER (DOB: XX/XX/1969) | South Dakota |
| 5/5/18 | IN-2747231 | 3AKJHHDR XKSKE1448 | Penske Truck Leasing Co, 2675 Morgantown Rd, Reading, PA | Mingden ZHANG (DOB: XX/XX/1969) | Billings, MT |
| 5/5/18 | CA-4LP2473 | 1UYVS2538 CP241106 | Brothers Transportation Inc, 14934 Ramona Blvd, Baldwin Park, CA | Mingden ZHANG (DOB: XX/XX/1969) | Billings, MT |
| 5/5/18 | IN-2747231 | 3AKJHHDR XKSKE1448 | Penske Truck Leasing Co, 2675 Morgantown Rd, Reading, PA | Yingwen HUANG (DOB: XX/XX/1969) | Liberty Lake, WA |
| 5/5/18 | CA-4LP2473 | 1UYVS2538 CP241106 | Brothers Transportation Inc, 14934 Ramona Blvd, Baldwin Park, CA | Yingwen HUANG (DOB: XX/XX/1969) | Liberty Lake, WA |

68. Based on the timing of the "Out of Business" paperwork filed on June 13, 2018, SA Chin believes that following the execution of the May 16, 2018, search warrants, JUNQIANG WU closed PONY MOVERS LLC as the sole purpose for PONY MOVERS LLC was to transport marijuana produced by the QIFENG LI DTO in Washington State for further distribution on the East Coast.

**PONY MOVERS LLC Wells Fargo Bank Records**

69. On August 29, 2018, SA Chin analyzed checking and savings account records provided by Wells Fargo Bank for PONY MOVERS LLC. These records show that JUNQIANG WU opened Wells Fargo checking and savings accounts in the name of PONY MOVERS LLC on March 7, 2018. The mailing address for the PONY MOVERS account was listed as 680 Edmonds Ave. NE, Renton, WA.[8] On the account opening

---

[8] As noted in paragraphs 17-26, *supra*, this residence was associated with the seizure of 112 pounds of marijuana that had been shipped from Washington State to New York City in August 2017.

AFFIDAVIT OF SA CHIN - 19
USAO# 2016R00454

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

records, JUNQIANG WU indicated that PONY MOVERS LLC was engaged in the business of transportation and warehousing.

70.     From the time of account opening through June 30, 2018, eighteen checks – all signed by JUNQIANG WU – were drawn against the PONY MOVERS LLC Wells Fargo checking account.  Based upon SA Chin's training and experience and the investigation to date, it is suspected that each of the these checks related to expenses incurred by the QIFENG LI DTO in furtherance of the overall conspiracy to produce marijuana in Washington State, transport this marijuana across country via tractor-trailer, and ultimately distribute this marijuana on the East Coast.  Each of these checks is further detailed below.

| Check Date | Check Amount | Check Recipient | Memo | Signature |
|---|---|---|---|---|
| 3/23/2018 | $1,850.00 | Rodney Baumer | "Trip 7 Rd trip WA-NJ" | JUNQIANG WU |
| 3/23/2018 | $2,000.00 | Rodney Baumer | "Trip 7 Rnd trip" | JUNQIANG WU |
| 3/31/2018 | $3,250.00 | Gates Realty Corp. | "Rent for 04/18" | JUNQIANG WU |
| 4/3/2018 | $2,520.00 | Oversize Express Inc. | "Truck Load Payment; Paid Mark Turner's Load $2800 - 12% = $2520.00" | JUNQIANG WU |
| 4/14/2018 | $600.00 | Mark Turner | "Settlement" | JUNQIANG WU |
| 4/16/2018 | $9,000.00 | Oversize Express Inc. | "Truck Leasing Deposit" | JUNQIANG WU |
| 4/18/2018 | $11,000.00 | Oversize Express Inc. | "Penske Trucking Leasing" | JUNQIANG WU |
| 4/21/2018 | $2,500.00 | Rodney Baumer | "Trip #8, Settlement pay" | JUNQIANG WU |
| 4/25/2018 | $3,000.00 | Noble Pacific Enterprises | "May Rent + $1,000 Deposit" | JUNQIANG WU |
| 4/28/2018 | $3,250.00 | Gates Realty Corp. | "Rent for 05/2018" | JUNQIANG WU |
| 5/4/2018 | $1,100.00 | Rodney Baumer | "Paycheck" | JUNQIANG WU |
| 5/4/2018 | $1,475.00 | Oversize Express Inc. | "Pay to over on MT" | JUNQIANG WU |

| | | | | JUNQIANG WU |
|---|---|---|---|---|
| 5/4/2018 | $1,950.00 | Zhang Ming Deng | "Trip One Paycheck" | |
| 5/4/2018 | $1,950.00 | Yingwen Huang | "Trip One Payment" | JUNQIANG WU |
| 5/7/2018 | $1,000.00 | MICHAEL YANG | "Install tool box #1" | JUNQIANG WU |
| 5/8/2018 | $308.50 | Rodney Baumer | "Fuel for Day cab" | JUNQIANG WU |
| 5/11/2018 | $1,158.00 | Mark Turner | "Settlement of $15,200; 138112695152" | JUNQIANG WU |
| 5/11/2018 | $1,100.00 | Rodney Baumer | "(?) Weekly Part (?)" | JUNQIANG WU |

71.     In addition to the above information, Wells Fargo also provided video surveillance footage showing deposits made into the PONY MOVERS LLC checking account during the months of April and May 2018.  Significantly, MICHAEL YANG is associated with two transactions involving the PONY MOVERS Wells Fargo checking account in May 2018.  First, on May 8, 2018, MICHAEL YANG was identified making a deposit of two $1,000 Western Union money orders made out to PONY MOVERS LLC at a Wells Fargo branch located at 1610 NE 122nd Ave., Portland, OR.  Second, on May 22, 2018, MICHAEL YANG can be observed on surveillance video requesting an account statement via ATM at the Wells Fargo Branch located on Hayden Island in Portland, OR.

**Gates Realty Corp. Records Relating to PONY MOVERS LLC Rental of 215 Gates Rd., Unit F, Little Ferry, NJ**

72.     On August 29, 2018, SA Chin analyzed records provided by Gates Realty Corp. – the landlord for 215 Gates Rd., Unit F, Little Ferry, NJ.  These records show that MICHAEL YANG engaged Gates Realty Corp. to set up the rental of Unit F.  These records also show that MICHAEL YANG provided a "personal guaranty" for the lease.

73.     A copy of YANG's Oregon driver's license was also contained in the records provided by Gates Realty Corp.  I have reviewed both the copy of YANG's driver's license contained in the Gates Realty Corp. records, as well as the YANG's official driver's license photo obtained from Oregon Department of Licensing.  I recognize the person depicted in both records to be the person who was observed

AFFIDAVIT OF SA CHIN - 21
USAO# 2016R00454

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   conducting transactions related to the PONY MOVERS LLC Wells Fargo checking

2   account detailed in paragraph 71, *supra*.

3   **BACKGROUND REGARDING YAHOO! INC. AND GOOGLE LLC SERVICES**

4       74.     In my training and experience, I have learned that Yahoo! Inc. and Google

5   LLC each provide a variety of on-line services, including e-mail access, to the public.

6   Yahoo! Inc. allows subscribers to obtain e-mail accounts at the domain name

7   "yahoo.com," like the e-mail account listed in Attachment A1.  Google LLC allows

8   subscribers to obtain e-mail accounts at the domain name "gmail.com," like the e-mail

9   account listed in Attachment A2.

10      75.     Subscribers obtain a "yahoo.com" account by registering with Yahoo! Inc.

11  Subscribers obtain a "gmail.com" account by registering with Google LLC.  When doing

12  so, e-mail providers like Yahoo! Inc. and Google LLC ask subscribers to provide basic

13  personal information.  This information can include the subscriber's full name, physical

14  address, telephone numbers and other identifiers, alternative e-mail addresses, and, for

15  paying subscribers, means and source of payment (including credit or bank account

16  number).  Therefore, the computers of Yahoo! Inc. for "yahoo.com" accounts, and

17  computers of Google LLC for "gmail.com" accounts are likely to contain stored

18  electronic communications (including retrieved and un-retrieved e-mail) and information

19  concerning subscribers and their use of Yahoo! Inc. (yahoo.com) or Google LLC

20  (gmail.com) services, such as account access information, e-mail transaction information,

21  and account application information.  In my training and experience, such information

22  may constitute evidence of the crimes under investigation because the information can be

23  used to identify the account's user or users.

24      76.     A subscriber to Yahoo! Inc. services can also store with the provider, files,

25  including address books, contact lists, calendar data, photographs and other files, on

26  servers maintained and/or owned by Yahoo! Inc.  For example, Yahoo! Inc. offers users a

27  calendar service that users may utilize to organize their schedule and share events with

28  others.  In my training and experience, evidence of who was using an e-mail account may

AFFIDAVIT OF SA CHIN - 22
USAO# 2016R00454

1  be found in address books, contact or buddy lists, e-mail in the account, and attachments

2  to e-mails, including pictures and files.

3      77.    A subscriber to a Google Gmail account can also store files, including

4  address books, contact lists, calendar data, photographs and other files, on servers

5  maintained and/or owned by Google.  For example, Google offers users a calendar

6  service that users may utilize to organize their schedule and share events with others.

7  Google also offers users' a service called Google Drive that may be used to store data and

8  documents.  The Google Drive service may be used to store documents including

9  spreadsheets, written documents (such as Word or Word Perfect) and other documents

10  that could be used to manage a website.  Google Drive allows users to share their

11  documents with others or the public depending on the settings selected by the account

12  holder.  Google also provides its users with access to the photo storage service "Picasa."

13  Picasa can be used to create photo albums, store photographs, and share photographs with

14  others.  Another Google service called "You Tube" allows users to view, store and share

15  videos.  Google also provides a service called "Google Analytics."  Google Analytics is a

16  Google service that monitors website traffic and provides subscribers with data relating to

17  how much traffic is visiting the subscriber's website, which sections of the subscriber's

18  website users are visiting, how long users are staying on particular sections of the site,

19  and the geographical source of users visiting the website, among other things.

20      78.    In my training and experience, e-mail providers generally ask their

21  subscribers to provide certain personal identifying information when registering for an e-

22  mail account.  Such information can include the subscriber's full name, physical address,

23  telephone numbers and other identifiers, alternative e-mail addresses, and, for paying

24  subscribers, means and source of payment (including any credit or bank account number).

25  In my training and experience, such information may constitute evidence of the crimes

26  under investigation because the information can be used to identify the account's user or

27  users.  Based on my training and my experience, I know that, even if subscribers insert

28

AFFIDAVIT OF SA CHIN - 23
USAO# 2016R00454

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  false information to conceal their identity, this information often provides clues to their

2  identity, location, or illicit activities.

3      79.     E-mail providers typically retain certain transactional information about the

4  creation and use of each account on their systems.  This information can include the date

5  on which the account was created, the length of service, records of log-in (*i.e.*, session

6  times and durations, the types of service utilized, the status of the account (including

7  whether the account is inactive or closed), the methods used to connect to the account

8  (such as logging into the account via the provider's website), and other log files that

9  reflect usage of the account.  In addition, e-mail providers often have records of the IP

10 address used to register the account and the IP addresses associated with particular logins

11 to the account.  Because every device that connects to the Internet must use an IP address,

12 IP address information can help to identify which computers or other devices were used

13 to access the e-mail account, which can help establish the individual or individuals who

14 had dominion and control over the account.

15      80.     In some cases, e-mail account users will communicate directly with an e-

16 mail service provider about issues relating to the account, such as technical problems,

17 billing inquiries, or complaints from other users.  E-mail providers typically retain

18 records about such communications, including records of contacts between the user and

19 the provider's support services, as well records of any actions taken by the provider or

20 user as a result of the communications.  In my training and experience, such information

21 may constitute evidence of the crimes under investigation because the information can be

22 used to identify the account's user or users.

23      81.     As explained herein, information stored in connection with an e-mail

24 account may provide crucial evidence of the "who, what, why, when, where, and how" of

25 the criminal conduct under investigation, thus enabling the United States to establish and

26 prove each element or alternatively, to exclude the innocent from further suspicion.  In

27 my training and experience, the information stored in connection with an e-mail account

28 can indicate who has used or controlled the account.  This "user attribution" evidence is

AFFIDAVIT OF SA CHIN - 24
USAO# 2016R00454

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, e-mail communications, contacts lists, and images sent (and the data associated with the foregoing, such as date and time) may indicate who used or controlled the account at a relevant time. Further, information maintained by the e-mail provider can show how and when the account was accessed or used. For example, as described below, e-mail providers typically log the IP addresses from which users access the e-mail account, along with the time and date of that access. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the e-mail account access and use relating to the crime under investigation. This geographic and timeline information may tend to either inculpate or exculpate the account owner. Additionally, information stored at the user's account may further indicate the geographic location of the account user at a particular time (*e.g.*, location information integrated into an image or video sent via e-mail). Last, stored electronic data may provide relevant insight into the e-mail account owner's state of mind as it relates to the offense under investigation. For example, information in the e-mail account may indicate the owner's motive and intent to commit a crime (e.g., communications relating to the crime), or consciousness of guilt (e.g., deleting communications in an effort to conceal them from law enforcement).

## **PRIOR EFFORTS TO OBTAIN EVIDENCE**

82.    I understand that the contents of the **SUBJECT ACCOUNTS** can only be obtained in the Ninth Circuit by means of a search warrant issued under the authority of Title 18 United States Code, Sections 2703(a), 2703(b)(1)(A), 2703(c)(1)(A), and Federal Rule of Criminal Procedure 41(e)(2)(B). To the best of my knowledge and belief, there have been no prior attempts to secure a search warrant to search and seize these records.

## **PROTOCOL FOR SORTING SEIZABLE ELECTRONICALLY STORED INFORMATION**

83.    In order to ensure that agents are limited in their search only to the **SUBJECT ACCOUNTS** (and any attachments, stored instant messages, stored voice

AFFIDAVIT OF SA CHIN - 25
USAO# 2016R00454

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   messages, documents, and photographs associated therewith), to protect the privacy

2   interests of other third parties who have accounts at Yahoo! Inc. (yahoo.com) and Google

3   LLC (gmail.com), and to minimize disruptions to normal business operations of Yahoo!

4   Inc. and Google LLC this application seeks authorization to permit agents and employees

5   of Yahoo! Inc. and Google LLC to assist in the execution of the warrant, pursuant to Title

6   18 United States Code, Section 2703(g) as follows:

7          a.     The search warrant(s) will be presented to Yahoo! Inc. (yahoo.com)

8   or Google LLC (gmail.com), with direction that each provider identify and isolate the e-

9   mail account(s) and associated records described in Section I of Attachment B1

10  (yahoo.com) or B2 (gmail.com);

11         b.     Each provider will be directed to create an exact duplicate in

12  electronic form of the e-mail account(s) and records specified in Section I of Attachment

13  B1 (Yahoo! Inc.) and B2 (Google LLC), including an exact duplicate of the content of all

14  e-mail messages stored in the specified e-mail account(s);

15         c.     Each provider shall then provide an exact digital copy of the

16  contents of the **SUBJECT ACCOUNTS**, as well as all other records associated with the

17  account(s), to me or to any other agent of DEA or HSI.  Once the digital copy of a user

18  account has been received from Yahoo! Inc. (yahoo.com) or Google LLC (gmail.com),

19  each copy will, in turn, be forensically imaged and only that image will be reviewed and

20  analyzed to identify communications and other data subject to seizure pursuant to Section

21  II of Attachment B1 (yahoo.com) or B2 (gmail.com).  The original digital copies will be

22  sealed and maintained to establish authenticity, if necessary;

23         d.     I and/or other agents of DEA or HSI, will thereafter review the

24  forensic image, and identify from among that content, those items that come within the

25  items identified in Section II of Attachment B1 (yahoo.com) and B2 (gmail.com), for

26  seizure.  I and/or other agents of DEA or HSI will then copy those items identified for

27  seizure to separate media for future use in the investigation and prosecution.  The

28  forensic copy of the complete content of the e-mail accounts will also then be sealed and

retained by DEA or HSI, and will not be unsealed absent Court authorization, except for the purpose of duplication of the entire image in order to provide it, as discovery, to a charged defendant;

e.      Analyzing the data contained in the forensic image may require special technical skills, equipment, and software.  It could also be very time consuming. Searching by keywords, for example, can yield thousands of "hits," each of which must then be reviewed in context by the examiner to determine whether the data is within the scope of the warrant.  Merely finding a relevant "hit" does not end the review process. Keywords used originally need to be modified continuously, based on interim results. Certain file formats, moreover, do not lend themselves to keyword searches, as keywords search text, and many common electronic mail, database, and spreadsheet applications, (which may be attached to e-mail) do not store data as searchable text.  The data is saved, instead, in proprietary non-text format.  And, as the volume of storage allotted by service providers increases, the time it takes to properly analyze recovered data increases as well. Consistent with the foregoing, searching the recovered data for the information subject to seizure pursuant to this warrant may require a range of data analysis techniques and may take weeks or even months;

f.      Based upon my experience and training, and the experience and training of other agents with whom I have communicated, it is necessary to seize all electronic mails, chat logs and documents, that identify any users of the **SUBJECT ACCOUNTS** and any electronic mails sent or received in temporal proximity to incriminating e-mails that provide context to the incriminating communications; and,

g.      All forensic analysis of the image data will employ only those search protocols and methodologies reasonably designed to identify and seize the items identified in Section II of Attachments B1 and B2 to the warrant.

## <u>GENUINE RISKS OF DESTRUCTION OF EVIDENCE</u>

84.      Based upon my experience and training, it is not uncommon for technically sophisticated criminals to use encryption or programs to destroy data that can be

AFFIDAVIT OF SA CHIN - 27
USAO# 2016R00454

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    triggered remotely, or by a pre-programed event or keystroke, or other sophisticated

2    techniques to hide data.  In this case, the data this application seeks is stored on an

3    enterprise storage system, also known as a server, belonging to Yahoo! Inc. or Google

4    LLC.  If that data is accessed and deleted by the user, by either deleting the e-mails or any

5    associated contact lists, the content would not be retrievable.  Unlike traditional computer

6    forensics where a hard drive can be searched and deleted documents recovered,

7    information stored in an enterprise storage system is irretrievable once it has been deleted.

8    Further, since this information is accessible from anywhere that the suspect can obtain an

9    Internet connection to log on to his account, any user can delete this information in a

10   matter of minutes.

## REQUEST FOR NON-DISCLOSURE AND SEALING

12        85.     The government requests, pursuant to the preclusion of notice provisions of

13   Title 18, United States Code, Section 2705(b), that Yahoo! Inc. (yahoo.com) and Google

14   LLC (gmail.com), be ordered not to notify any person (including the subscriber or

15   customer to which the materials relate) of the existence of this warrant for a period of one

16   year from the date of this warrant, unless this period is further extended by the Court.

17   The government submits that such an order is justified because notification of the

18   existence of this Order would seriously jeopardize the on-going investigation.  Such a

19   disclosure would give the subscriber an opportunity to destroy evidence, change patterns

20   of behavior, notify confederates, or flee or continue his flight from prosecution.

21   Furthermore, based upon the investigation to date, it is suspected that evidence in this

22   investigation may be stored electronically.  If alerted to the existence of the warrant, the

23   subjects under investigation could destroy that evidence, including information saved to

24   their personal computers.

25        86.     It is further respectfully requested that this Court issue an order sealing,

26   until further order of the Court, all papers submitted in support of this application,

27   including the application and search warrant.  I believe that sealing this document is

28   necessary because notification of the existence of these warrants would, likewise,

AFFIDAVIT OF SA CHIN - 28
USAO# 2016R00454

1  seriously jeopardize the on-going investigation.  The availability of these documents

2  would give the subscriber an opportunity to destroy evidence, change patterns of

3  behavior, notify confederates, or flee or continue his flight from prosecution.  Premature

4  disclosure of the contents of this affidavit and related document may have a significant

5  and negative impact on the continuing investigation and may severely jeopardize its

6  effectiveness.

7  **CONCLUSION**

8        87.    Based on the foregoing, I respectfully submit that there is probable cause to

9  believe that the contents of the wire and electronic communications pertaining to and

10  found in the **SUBJECT ACCOUNTS** are evidence, fruits, and instrumentalities of

11  criminal violations of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and (B)(i),

12  laundering of monetary instruments; and Title 21, United States Code, Sections 841(a)(1)

13  and 846, distribution and conspiracy to distribute controlled substances.  This Court has

14  jurisdiction to issue the requested warrant pursuant to Title 18, United States Code,

15  Section 2703, because it is "a court of competent jurisdiction as defined by Title 18,

16  United States Code, section 2711(3)(A)(i) (defining a "court of competent jurisdiction" to

17  include "a district court of the United States. . . that has jurisdiction over the offense

18  being investigated."

19

20            _____

21            ERIC K. CHIN, Special Agent

22            Drug Enforcement Administration

23        The above-named agent provided a sworn statement attesting to the truth of the

24  contents of the foregoing affidavit on this 6th day of September, 2018.

25

26            _____

27            BRIAN A. TSUCHIDA

          Chief United States Magistrate Judge

28

AFFIDAVIT OF SA CHIN - 29
USAO# 2016R00454

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ATTACHMENT A1

### Account to be searched:

The electronically stored information and communications contained in, related to, and associated with, including all preserved data associated with Yahoo! Inc. account: **michaelyang89@yahoo.com**; for the period of January 1, 2017, to the present, as well as all other subscriber and log records associated with the account, which are located at premises owned, maintained, controlled or operated by Yahoo! Inc., a provider of electronic communication and remote computing services, headquartered at 701 First Ave., Sunnyvale, California 94089.

ATTACHMENT A1 - 1
USAO# 2016R00454

# ATTACHMENT B1

## Section I - Information to be disclosed by Yahoo! Inc. for search:

1.      To the extent that the information described in Attachment A1 is within the possession, custody, or control of the Provider, regardless of whether such information is stored, held or maintained inside or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A1:

a.      The contents of all e-mails associated with the account, including stored or preserved copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

b.      All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment;

c.      The types of service utilized;

d.      All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

e.      All records pertaining to communications between the provider and any person regarding the account, including contacts with support services and records of actions taken.

f.      For all information required to be disclosed pursuant to this warrant, the physical location or locations where the information is stored.

ATTACHMENT B1 - 1
USAO# 2016R00454

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    The Provider is hereby ordered to disclose the above information to the government

2    within fourteen days of the issuance of this warrant.

3    **Section II - Information to be seized:**

4    2.      All information described above in Section I that constitutes fruits, contraband,

5    evidence, and instrumentalities of violations of Title 18, United States Code, Sections

6    1956(a)(1)(A)(i) and (B)(i), laundering of monetary instruments; and Title 21, United

7    States Code, Sections 841(a)(1) and 846, distribution and conspiracy to distribute

8    controlled substances, those violations involving QIFENG LI, QIWEI LI, XIAMIN

9    HUANG, JUNQIANG WU, and MICAHEL YANG, for each account or identifier listed

10   on Attachment A1, information pertaining to the following matters:

11          a.      All content including messages, documents and profile information,

12   attachments, or other data that otherwise constitutes evidence, fruits, and

13   instrumentalities of violations of Title 18, United States Code, Sections 1956(a)(1)(A)(i)

14   and (B)(i); and Title 21, United States Code, Sections 841(a)(1) and 846.  Specifically,

15   information pertaining to:  the day-to-day operations and logistics of the cultivation and

16   movement of marijuana, including the sale of marijuana, purchasers of marijuana,

17   licenses and/or application for licenses pertaining to marijuana; the shipping, tracking,

18   and delivery of packages containing marijuana; the logistics of managing bulk cash and

19   illicit proceeds, including the laundering, structuring, placement, layering, integration, of

20   illicit proceeds; the procurement of residential properties; the utilities associated with the

21   residential properties; the persons associated with the residential properties and utilities;

22   and communications between QIFENG LI, QIWEI LI, XIAMIN HUANG, JUNQIANG

23   WU, and MICHAEL YANG, and co-conspirators including those who may be involved

24   in third party money laundering to include any preparatory steps taken in furtherance of

25   the overall scheme;

26          b.      All content including messages, documents, and profile information,

27   attachments, or other data that serves to identify any persons who use or access the

28

ATTACHMENT B1 - 2
USAO# 2016R00454

1    account specified, or who exercise in any way any dominion or control over the specified

2    account;

3        c.      Any address lists, contact lists or other lists associated with the specified

4    account that may identify co-conspirators;

5        d.      All subscriber records associated with the specified account, including

6    name, address, local and long distance telephone connection records, or records of

7    session times and durations, length of service (including start date) and types of service

8    utilized, telephone or instrument number or other subscriber number or identity,

9    including any temporarily assigned network address, and means and source of payment

10   for such service) including any credit card or bank account number;

11       e.      Any and all other log records, including IP address captures, associated

12   with the specified account; and,

13       f,      Any records of communications between Yahoo! Inc., and any person

14   about issues relating to the account, such as technical problems, billing inquiries, or

15   complaints from other users about the specified account.  This is to include records of

16   contacts between the subscriber and the provider's support services, as well as records of

17   any actions taken by the provider or subscriber as a result of the communication.

18

19

20

21

22

23

24

25

26

27

28

ATTACHMENT B1 - 3
USAO# 2016R00454

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### ATTACHMENT A2

**Accounts to be searched:**

The electronically stored information and communications contained in, related to, and associated with, including all preserved data associated with Gmail accounts: **ponymoversllc@gmail.com**; for the period of January 1, 2017, to the present, as well as all other subscriber and log records associated with the account, which are located at premises owned, maintained, controlled or operated by Google LLC, a provider of electronic communication and remote computing services, headquartered at 1600 Amphitheatre Parkway, Mountain View, California 94043.

ATTACHMENT A2 - 1
USAO# 2016R00454

**ATTACHMENT B2**

**Section I - Information to be disclosed by Google LLC for search:**

1.      To the extent that the information described in Attachment A2 is within the possession, custody, or control of the Provider, regardless of whether such information is stored, held or maintained inside or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A2:

a.      The contents of all e-mails associated with the account, including stored or preserved copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

b.      All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment;

c.      The types of service utilized;

d.      All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

e.      All records pertaining to communications between the provider and any person regarding the account, including contacts with support services and records of actions taken.

f.      For all information required to be disclosed pursuant to this warrant, the physical location or locations where the information is stored.

ATTACHMENT B2 - 1
USAO# 2016R00454

1 The Provider is hereby ordered to disclose the above information to the government

2 within fourteen days of the issuance of this warrant.

3 **Section II - Information to be seized:**

4 2.     All information described above in Section I that constitutes fruits, contraband,

5 evidence, and instrumentalities of violations of Title 18, United States Code, Sections

6 1956(a)(1)(A)(i) and (B)(i), laundering of monetary instruments; and Title 21, United

7 States Code, Sections 841(a)(1) and 846, distribution and conspiracy to distribute

8 controlled substances, those violations involving QIFENG LI, QIWEI LI, XIAMIN

9 HUANG, JUNQIANG WU, and MICHAEL YANG, for each account or identifier listed

10 on Attachment A2, information pertaining to the following matters:

11         a.     All content including messages, documents and profile information,

12 attachments, or other data that otherwise constitutes evidence, fruits, and

13 instrumentalities of violations of Title 18, United States Code, Sections 1956(a)(1)(A)(i)

14 and (B)(i); and Title 21, United States Code, Sections 841(a)(1) and 846.  Specifically,

15 information pertaining to:  the day-to-day operations and logistics of the cultivation and

16 movement of marijuana, including the sale of marijuana, purchasers of marijuana,

17 licenses and/or application for licenses pertaining to marijuana; the shipping, tracking,

18 and delivery of packages containing marijuana; the logistics of managing bulk cash and

19 illicit proceeds, including the laundering, structuring, placement, layering, integration, of

20 illicit proceeds; the procurement of residential properties; the utilities associated with the

21 residential properties; the persons associated with the residential properties and utilities;

22 and communications between QIFENG LI, QIWEI LI, XIAMIN HUANG, JUNQIANG

23 WU, and MICHAEL YANG, and co-conspirators including those who may be involved

24 in third party money laundering to include any preparatory steps taken in furtherance of

25 the overall scheme;

26         b.     All content including messages, documents, and profile information,

27 attachments, or other data that serves to identify any persons who use or access the

28

ATTACHMENT B2 - 2
USAO# 2016R00454

account specified, or who exercise in any way any dominion or control over the specified account;

c.      Any address lists, contact lists or other lists associated with the specified account that may identify co-conspirators;

d.      All subscriber records associated with the specified account, including name, address, local and long distance telephone connection records, or records of session times and durations, length of service (including start date) and types of service utilized, telephone or instrument number or other subscriber number or identity, including any temporarily assigned network address, and means and source of payment for such service) including any credit card or bank account number;

e.      Any and all other log records, including IP address captures, associated with the specified account; and,

f,      Any records of communications between Google LLC, and any person about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users about the specified account.  This is to include records of contacts between the subscriber and the provider's support services, as well as records of any actions taken by the provider or subscriber as a result of the communication.

ATTACHMENT B2 - 3
USAO# 2016R00454

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

**ATTACHMENT C**

| Sent Date | E-mail Thread Summary | From | To | Affiant's Notes |
|---|---|---|---|---|
| 9/25/17 | Handwritten note listing PONY MOVERS LLC, as UBI #604129861 at 14468 57th Ave. S., Tukwila, WA. The agent was named JUNQIANG WU. | kyleli77@hotmail.com | alexv@glostone.com; **michaelyang89@yahoo.com** | On 4/30/18, SA Chin utilized the WA Business Licensing Service to verify PONY MOVERS LLC, was associated with the listed UBI number and address.  JUNQIANG WU was the only governing member of PONY MOVERS LLC. |
| 9/26/17 | Request from Glostone Trucking Solutions for information on PONY MOVERS LLC.  The owner for PONY MOVERS LLC, was listed as JUNQIANG WU at 4229 S. Bozeman St, Seattle, WA.  A Visa credit card was listed ending in x6793.  The card was in the name of Man Fung Lee at 680 Edmonds Ave NE, Renton, WA.  The e-mail contact was listed as kyleli77@hotmail.com. | kyleli77@hotmail.com | alexv@glostone.com; **michaelyang89@yahoo.com** | As noted, WU was identified as the governing member for PONY MOVERS LLC.  On 4/30/18, SA Chin utilized the WA Department of Licensing to verify WU's driver license and his registered address as 4229 S. Bozeman St, Seattle, WA. |
| 9/29/17 | Formation record for UBI 604129861.  Contact named JUNQIANG WU at 18868 72nd Ave S, Kent, WA.  E-mail listed aajacky1122@gmail.com.  Phone listed 206-915-7261.  Agent listed as Vicky Gan | kyleli77@hotmail.com | vicky@etravelseattle.com | SA Chin determined UBI 604129861 was associated with PONY MOVERS LLC. |

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | | | |
|---|---|---|---|---|
| 10/18/17 | Washington State Department of Licensing power of attorney for PONY MOVERS LLC. PONY MOVERS LLC, mailing address listed as PO Box 1650, Clackamas, OR. Phone number 206-512-4730. | **michaelyang 89@yahoo.c om** | kyleli77@h otmail.com | |
| 10/31/17 | Commercial driver for PONY MOVERS LLC, named Mark Turner, WA DL TURNEMA446BL. | HUB International | kyleli77@h otmail.com ; **michaelya ng89@yah oo.com** | |
| 11/2/17 | Oversize Express Inc. at PO Box 937, Vancouver, WA, and contact michaelyang89@yahoo.co m bills PONY MOVERS LLC, $5,500 for transportation services from Seattle to Newark, NJ. | **michaelyan g89@yahoo. com** | kyleli77@h otmail.com | |
| 11/17/17 | Rate confirmation for transportation of 5,000 pound cargo trailer from WA to NJ for $2,200. Carrier listed as Oversize Express Inc., at 17662 SW Galewood Dr, Sherwood, OR.  Shipper listed as PONY MOVERS LLC, at 13434 1st Ave. S., Burien, WA.  Recipient in NJ is Seven Sea Industry, 35 Lister Ave, Newark, NJ. | **michaelyan g89@yahoo. com** | kyleli77@h otmail.com ; yytrucking 88@yahoo. com | By investigation and surveillance, QIFENG LI was known to frequent 13434 1st Ave. S., Burien, WA. Specifically, on 11/4/2017, SA Chin observed QIFENG LI drive from 680 Edmonds Ave NE, Renton, WA to 13434 1st Ave. S.  QIFENG LI was then observed assisting a large flatbed truck/tractor trailer back into the parking lot.  Later, the truck was seen driving away |

ATTACHMENT C - 2
USAO# 2016R00454

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | | | with two wooden pallets of boxes/crates. |
|---|---|---|---|---|
| 11/30/17 | WA DOL WU***J*198O7 in the name of JUNQIANG WU (DOB: 9/27/1981) | kyleli77@hotmail.com | kyleli77@hotmail.com | As noted, JUNQIANG WU was the governor for PONY MOVERS LLC. |
| 12/1/17 | PONY MOVERS LLC, pays $11.29 for insurance. | kyleli77@hotmail.com | **ponymoversllc@gmail.com** | |
| 12/1/17 | Receipt from Joe Dodd Incorporated to **michaelyang89@yahoo.com** for six wood international shipping crates at $450.00 | kyleli77@hotmail.com | **ponymoversllc@gmail.com** | |
| 12/2/17 | MICHAEL YANG asks for assistance getting a business license in NJ as a warehouse operation at 70 Blanchard Ave, Newark, NJ, under the name PONY MOVERS LLC. | **michaelyang89@yahoo.com** | Alexv@glostone.com; kyleli77@hotmail.com | |
| 12/5/17 | SROA Belleville, a storage unit in NJ, sends MICHAEL YANG a quote for storage unit. | kyleli77@hotmail.com | **michaelyang89@yahoo.com** | |
| 12/8/17 | This e-mail contained an unexecuted lease agreement sent by Gates Realty Corp. to MICHAEL YANG. The lease agreement was between Gates Realty Corp. and PONY MOVERS LLC, for the 1-year rental of 215 Gates Rd., Unit F, Little Ferry, NJ. | **michaelyang89@yahoo.com** | kyleli77@hotmail.com | |
| 12/22/17 | MICHAEL YANG requests a quote for a forklift for one year at 215 Gates Rd., Little Ferry, NJ.  QIFENG LI tells | **michaelyang89@yahoo.com** | kyleli77@hotmail.com | SA Chin believes that the use of a forklift is essential to the DTO's operations, as the 2017 SROA storage unit |

ATTACHMENT C - 3
USAO# 2016R00454

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | | | |
|---|---|---|---|---|
| | YANG to purchase a used forklift as it is cheaper. | | | reservation was cancelled due to the inability to utilize a forklift at that location. |
| 1/7/18 | Oversize Express Inc., bill to Pony Mover LLC. Invoice indicates "Pdx, wa" and "Carnegi, PA to Canby, OR" | **michaelyang89@yahoo.com** | kyleli77@hotmail.com ; yytrucking88@yahoo.com | |
| 1/10/18 | Oversize Express Inc., bill to PONY MOVERS LLC. Invoice for $5,010.92 for forklift, auction, internet, service at Portland, labor, radiator, alternator, parts. | **michaelyang89@yahoo.com** | kyleli77@hotmail.com | |
| 1/17/18 | January and February 2018 monthly rental statement for PONY MOVERS LLC, at 215 Gates Rd., Unit F, Little Ferry, NJ.. Rental fee was $2,470 per month, plus $780 common area fee. | **michaelyang89@yahoo.com** | kyleli77@hotmail.com | MICHAEL YANG sent QIFENG LI the monthly rental statement for 215 Gates Rd., Unit F, Little Ferry, NJ in the amount of $3,250. |
| 2/20/18 | 3/1/18 invoice for PONY MOVERS LLC, rental of 215 Gates Rd., Unit F, Little Ferry, NJ. | **michaelyang89@yahoo.com** | kyleli77@hotmail.com | Again, the monthly rental statement was sent by MICHAEL YANG to QIFENG LI in the amount of $3,250. |
| 2/22/18 | HUB International Transportation Insurance Services sent MICHAEL YANG an invoice from Wilshire Insurance Company to PONY MOVERS LLC, at 14468 57th Ave. S., Tukwila, WA. Bill covers 2/15/2018 – 3/15/2018. | **michaelyang89@yahoo.com** | kyleli77@hotmail.com | |

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970